UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW BOMSTEAD,

    Plaintiff,

    v.

KING COUNTY JAIL MEDICAL DEPARTMENT,

    Defendant.

CASE NO. C07-2072-RAJ-JPD

REPORT AND RECOMMENDATION

    This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff Matthew Bomstead filed this action in December 2007 while he was incarcerated at the Washington Corrections Center in Shelton, Washington. He alleged in his civil rights complaint that he was denied adequate medical care during the course of his incarceration at the King County Jail and that he is now permanently disabled as a result. Plaintiff named the King County Jail Medical Department as the lone defendant in his complaint.

    After reviewing the complaint, this Court concluded that the complaint was deficient. Accordingly, on February 25, 2008, this Court issued an order declining to serve plaintiff's complaint and granting plaintiff leave to file an amended complaint correcting the specified deficiency. On February 29, 2008, the copy of the order declining to serve, which was mailed to plaintiff at the

REPORT AND RECOMMENDATION
PAGE - 1

Washington Corrections Center, was returned by the post office with a notation indicating that plaintiff was no longer at that facility. To date, plaintiff has not provided the court with a new address.

Because over sixty days have passed since mail directed to plaintiff at his address of record was returned by the post office, and because plaintiff has not notified the court of his current address, this action should be DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2). A proposed order accompanies this Report and Recommendation.

DATED this 29th day of April, 2008.

_____
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2