1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW BOMSTEAD,

    Plaintiff,

  v.

KING COUNTY JAIL MEDICAL DEPARTMENT,

    Defendant.

CASE NO.  C07-2072-RAJ

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2).

(3)     The Clerk is directed to send copies of this Order to plaintiff at his last known address, and to the Honorable James P. Donohue.

DATED this 2nd day of June, 2008.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL